UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zachary Clark
**Plaintiff(s)**

v.

Village of Hodgkins P.D.
**Defendant(s)**

**08CV4379**
**JUDGE ANDERSEN**
**MAG. JUDGE NOLAN**

## COMPLAINT

On Dec. 19, 2005, I was leaving Wal-Mart on Lagrange Rd, I was approached by Village of Hodgkins Police Officers regarding a theft. I showed officers my reciepts, they checked my bags. Then they asked for my drivers licens. They said your license is suspended we're taking your car. A 2000 Jaquar S-type. Then they asked why I had so many keys. I replied I own several properties and business. I was arrested, put on house arrest with no keys, while on house arrest I lost 3 properties and my businesses failed. they took my keys unable to release Nov 6, 2006 I won the case but what about the properties I wasn't even driving the car I am suing for malicious prosecution $12 million for compensatory and punitive damages. My civil rights were comprimised tremendously I am homeless as a result I would like a jury trial

Respectfully Submitted
Z. Clark
Zachary K. Clark