1
Ctt

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Zachary Clark
(Please print)

STREET ADDRESS: 5144 S. Marshfield

CITY/STATE/ZIP: Chicago IL 60609

PHONE NUMBER: (773) 221-1147

CASE NUMBER: **08CV4379**
**JUDGE ANDERSEN**
**MAG. JUDGE NOLAN**

_Z Clark_                                   8-1-08
Signature                                   Date

**FILED**

AUG - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT